SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar No. 8264
SKYLER PEARSON
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
skyler.pearson@usdoj.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JUAN HERNANDEZ JIMENEZ,<br><br>　　　　　Defendant. | Case No. 2:24-mj-00955-DJA<br><br>**Stipulation to Amend Plea and Close Case** |

IT IS HEREBY STIPULATED AND AGREED by and between Sigal Chattah, Acting United States Attorney, and Skyler Pearson, Assistant United States Attorney, counsel for the United States of America and Tanner Harris, counsel for Juan Hernandez Jimenez, that Mr. Hernandez Jimenez be permitted to withdraw his guilty plea to count one of the complaint, and enter a plea of guilty to an amended count one charge of Reckless Driving with the Court imposing the sentence for the Reckless Driving charge that Mr. Hernandez Jimenez already completed. The parties further stipulate that the Court vacate any further court hearings on this matter and close this case.

The Stipulation is entered into for the following reasons:

1.　　　The Court sentenced Mr. Hernandez Jimenz to (a) pay a $500 fine and $10 penalty assessment; (b) attend and complete the lower court counseling's DUI course and

1  Victim Impact Panel; attend and complete an eight hour online alcohol awareness course;
2  be restricted from the Lake Mead National Recreational Area for a period of six months;
3  and no violate any local, state, or federal laws.
4      2.   Mr. Hernandez Jimenez has paid the fine and completed the other conditions
5  of his sentence.
6      3.   In accordance with the plea agreement, there government hereby moves to
7  allow Mr. Hernandez Jimenez to withdraw his guilty plea to Count One of The Complaint,
8  the parties move to amend Count One to a charge of Reckless Driving, and allow Mr.
9  Hernandez Jimenez to be adjudicated guilty of the amended count and sentenced in
10 accordance with the plea agreement.
11     4.   The parties further stipulate that further court hearings be vacated and the
12 case be closed.
13 Respectfully submitted by:

| /s/ Tanner Harris | Skyler H. Pearson |
|---|---|
| TANNER HARRIS | SKYLER H. PEARSON |
| Counsel for Hernandez Jimenez | Assistant United States Attorney |
| | United States Attorney's Office |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Juan Hernandez Jimenez, <br><br> Defendant. | Case No.: 2:24-mj-00955-DJA <br><br> Stipulation to Amend Plea and Close Case |

Based on the pending stipulation of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that Mr. Hernandez Jimenez's plea of GUILTY to Count One on the complaint is withdrawn;

IT IS ORDERED that Count One of the complaint is amended to RECKLESS DRIVING;

IT IS FURTHER ORDERED that Mr. Hernandez Jimenez's plea of Guilty to the amended Count One of RECKLESS DRIVING is accepted, and he is sentenced as the Court has already previously sentenced him, and any future court dates are vacated, and this case closed.

DATED this 5th day of November 2025.

_____
HON. DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

3